Olaf W. Hedberg, SBN #151082
Olaf W. Hedberg, Attorney at Law
901 H St., Suite 673
Sacramento, CA 95814
(916) 447-1192
Attorney for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | No. 10-CR-434 LKK |
| ) | |
| Plaintiff, ) | STIPULATION AND ORDER. |
| vs. ) | |
| ) | Date: November 9, 2010 |
| CHRISTIAN CARLSON ) | Time: :9:15 am |
| et al ) | Judge: Hon. Lawrence K. Karlton |
| ) | |
| Defendant. ) | |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, , Assistant Untied States Attorney, attorney for Plaintiff, OLAF HEDBERG, attorney for CHRISTIAN CARLSON., that the status conference now scheduled for November 9, at 9:15 am be vacated and a new date of December 7, 2010 at 9:15 am be set for status conference. The parties continue to be involved in defense investigation; also, the parties have been negotiating the terms of a proposed plea agreement.

It is further stipulated and agreed between the parties that the period beginning November 9, 2010 and ending December 7, 2010, should be excluded in computing the time

within which the trial of the above criminal prosecution must commence for the purpose of the Speedy Trial Act for defense preparation. All parties stipulate and agree that this is an appropriate exclusion of time within the meaning of Title 18, United States Code, Section 3161(h)(8)(i) and Local Code T4.

Respectfully submitted,
Dated this 5th of November, 2010
By /s/ Olaf Hedberg
Olaf W. Hedberg, Attorney at Law
Attorney for Christian Carlson

Dated this 5th of November, 2010
Benjamin B. Wagner
United States Attorney
/s/ Olaf Hedberg for Michael Beckwith
Michael Beckwith
Assistant U.S. Attorney

**ORDER**

**IT IS SO ORDERED**

DATED: November 8, 2010

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT