1  Olaf W. Hedberg, SBN #151082
   Olaf W. Hedberg, Attorney at Law
2  901 H St., Suite 673
   Sacramento, CA 95814
3  (916) 447-1192
   Attorney for Defendant

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA | ) | No. 10-CR-434 LKK |
|---|---|---|
| Plaintiff, | ) | STIPULATION AND ORDER |
| vs. | ) | |
| | ) | Date: December 7, 2010 |
| CHRISTIAN CARLSON | ) | Time: 9:15 am |
| et al | ) | Judge: Hon. Lawrence K. Karlton |
| Defendant. | ) | |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, , Assistant Untied States Attorney, attorney for Plaintiff, OLAF HEDBERG, attorney for CHRISTIAN CARLSON., that the status conference now scheduled forDecember 7, 2010 at 9:15 am be vacated and a new date of December 14, 2010 at 9:15 am be set for a change of plea. The parties have been negotiating the terms of a proposed plea agreement and anticipate a resolution on that date.

It is further stipulated and agreed between the parties that the period beginning December 7, 2010 and ending December 14, 2010, should be excluded in computing the time within which

the trial of the above criminal prosecution must commence for the purpose of the Speedy Trial Act for defense preparation. All parties stipulate and agree that this is an appropriate exclusion of time within the meaning of Title 18, United States Code, Section 3161(h)(8)(i) and Local Code T4.

                                              Respectfully submitted,
                                              Dated this 3rd of December, 2010
                                              By /s/ Olaf Hedberg
                                              Olaf W. Hedberg, Attorney at Law
                                              Attorney for Christian Carlson

                                              Dated this 3rd of December, 2010
                                              Benjamin B. Wagner
                                              United States Attorney
                                              /s/ Olaf Hedberg for Michael Beckwith
                                              Michael Beckwith
                                              Assistant U.S. Attorney

**ORDER**

**IT IS SO ORDERED**

DATED: December 6, 2010

                                              LAWRENCE K. KARLTON
                                              SENIOR JUDGE
                                              UNITED STATES DISTRICT COURT